**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
HARJEET MANN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                         PLAINTIFF,<br><br>HARJEET MANN,<br><br>                         DEFENDANT. | Case No.: 08-CR-00212 OWW<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant hereby requests a Court Order waiving his appearance at his Motions Hearing

scheduled for Monday, December 1, 2008.

        In a conversation with the Defendant on 24, November, 2008, he informed me that he

does not wish to be present at the Motion hearing.  Defendant hereby waives his presence

Motions hearing on Monday, December 1, 2008 at 1:30 p.m. and requests the Court to proceed in

his absence and agrees that his interests will be deemed the same as if he was personally present.

This request is made pursuant to Fed R. Crim. P. 43 (b)(2)

Dates: November 25, 2008

/s/ David Torres
Defendants Counsel

/s/ Harjeet Mann
Defendants Signature

# ORDER

GOOD CAUSE APPEARING, it is hearby ordered that the defendant's appearance may be waived on December 1, 2008.

IT IS SO ORDERED.

**Dated:    December 1, 2008**              _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE