**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
HARJEET MANN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            PLAINTIFF,<br><br>HARJEET MANN,<br>            DEFENDANT. | Case No.: 1:08-CR-00212 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, HARJEET MANN by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for September 14, 2009 be continued to October 13, 2009 or a date convenient to court and counsel.

   This is a mutual request between Assistant United States Attorney, Karen Escobar and is joined by counsel.

   Based upon the foregoing, I respectfully request that this matter be continued to October 13, 2009.

   The parties also agree that the delay resulting from the continuance shall be excluded in

the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: September 2, 2009    /s/ David A. Torres
                            DAVID A. TORRES
                            Attorney for Defendant
                            HARJEET MANN

                            McGREGOR W. SCOTT
                            United States Attorney

Dated: September 2, 2009    By /s/ Karen Escobar
                            KAREN ESCOBER
                            Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 2, 2009**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing    2