**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
HARJEET MANN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>HARJEET MANN,<br>                    DEFENDANT. | Case No.: 08-CR-00212 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, HARJEET MANN by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for October 13, 2009, be continued to November 16, 2009 or a date convenient to court and counsel.

   I have been assigned a court room wherein I will commence a homicide trial on Tuesday, October 13, 2009 at 9:00 a.m.  I have spoken to Assistant United States Attorney, Karen Escobar, she has no objection to this continuance.

   Based upon the foregoing, I respectfully request that this matter be continued to November 16, 2009.

1   The parties also agree that the delay resulting from the continuance shall be excluded in
2   the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

5   Dated: October 8, 2009            /s/ David A. Torres
                                      DAVID A. TORRES
6                                     Attorney for Defendant
                                      HARJEET MANN

8                                     McGREGOR W. SCOTT
                                      United States Attorney

9   Dated: October 8, 2009            By /s/ Karen Escobar
10                                    KAREN ESCOBER
                                      Assistant U.S. Attorney

14                              **ORDER**

15  IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.
16  §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

25                                                          IT IS SO ORDERED.

26  **Dated:    October 8, 2009**            /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

28  Stipulation and Order to Continue Sentencing    2