1   **LAW OFFICE OF DAVID A. TORRES**
    Attorney at Law, SBN 135059
2   1318 K Street
    Bakersfield, CA 93301
3   Ph.: (661)326-0857
    Fax.: (661) 326-0936
4   e-mail: lawtorres@aol.com

5   Attorney for Defendant
    HARJEET MANN

6

7

8
            **IN THE UNITED STATES DISTRICT COURT**
9
         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11

12
    UNITED STATES OF AMERICA,                Case No.: 08-CR-00212 OWW
13                          PLAINTIFF,
                                             **STIPULATION AND ORDER TO**
14                                           **CONTINUE SENTENCING**
                                             **HEARING**
15
    HARJEET MANN,
16
                            DEFENDANT.
17

18
    TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER
19
    W. WANGER AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:
20
            **COMES NOW** Defendant, HARJEET MANN  by and through his attorney
21
    of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for
22
    October 13, 2009, be continued to November 16, 2009 or a date convenient to court and counsel.
23
            I have been assigned a court room wherein I will commence a homicide trial on Tuesday,
24
    October 13, 2009 at 9:00 a.m.  I have spoken to Assistant United States Attorney, Karen Escobar,
25
    she has no objection to this continuance.
26
            Based upon the foregoing, I respectfully request that this matter be continued to
27
    November 16, 2009.
28

1   The parties also agree that the delay resulting from the continuance shall be excluded in

2   the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

3

4

5   Dated: October 8, 2009                          /s/ David A. Torres
                                                     DAVID A. TORRES
6                                                    Attorney for Defendant
                                                     HARJEET MANN
7

8                                                    McGREGOR W. SCOTT
                                                     United States Attorney
9
    Dated: October 8, 2009                          By /s/ Karen Escobar
10                                                   KAREN ESCOBER
                                                     Assistant U.S. Attorney
11

12

13

14                            **ORDER**

15      IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.

16  §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

17

18

19

20

21

22

23

24

25                                              IT IS SO ORDERED.

26  **Dated:     October 8, 2009**                **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE
27

28  Stipulation and Order to Continue Sentencing    2