**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
HARJEET MANN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>HARJEET MANN,<br><br>DEFENDANT. | Case No.: 08-CR-0212 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HARJEET MANN by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for November 16, 2009 be continued to December 14, 2009 at 9:00AM.

This is a mutual agreement between myself and Assistant United States Attorney, Karen Escobar. As of the date of the filing of this motion, I am currently in a homicide trial which commenced on October 13, 2009.

Based upon the foregoing, I respectfully request that this matter be continued to December 14, 2009 at 9:00AM.

1  The parties also agree that the delay resulting from the continuance shall be excluded in
2  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

Dated: November 12, 2009                         /s/ David A. Torres
                                                 DAVID A. TORRES
                                                 Attorney for Defendant
                                                 HARJEET MANN

Dated: November 12, 2009                         By /s/ Karen Escobar
                                                 KAREN ESCOBER
                                                 Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

IT IS SO ORDERED.

**Dated:   November 12, 2009**              /s/ Oliver W. Wanger

Stipulation and Order to Continue Sentencing    2

UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing    3