**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar # 135059)
1318 "K" Street
Bakersfield, California 93301
Tel.: (661) 326-0857
e-mail: lawtorres@aol.com

Attorney for:
HARJEET MANN

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HARJEET MANN<br>　　　　　　　　　Defendant. | Case No. 08-0212 OWW<br><br>**DEFENDANT HARJEET MANN'S JOINDER OF APPLICATION TO EXTEND TIME FOR FILING OF MOTION FOR A TRIAL, FOR DIRECTED VERDICT OF ACQUITTAL AND FOR SENTENCING; SUPPLEMENTAL DECLARATION OF DAVID TORRES** |

TO: THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

　　　Defendant, HARJEET MANN, by and through his attorney of record, DAVID A. TORRES, hereby joins in the *Application to Extend Time for Filing of Motion for New Trial, for Directed Verdict of Acquittal, and for Sentencing* heretofore filed by Defendant SUKHRAJ DHALIWAL. Included in the above-mentioned motion for joinder is the Declaration of David A. Torres.

Dated: December 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　　/s/ David A. Torres
　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　HARJEET MANN

**DECLARATION**

I, DAVID A. TORRES, declare as follows:

I am an attorney licensed to practice law before the U.S. District Court Eastern District California. I am the attorney of record for Defendant Harjeet Mann.

1. I spoke with Attorney W. Scott Quinlan last Thursday, December 3, 2009 regarding questions he had concerning his client Sukhraj Dhaliwal. In the course of that discussion, Mr. Quinlan and I had discussed several issues regarding his Motion for a New Trial and Direct Order of Acquittal.

2. On Monday, December 7, 2009, I again met with Mr. Quinlan who provided me with case law that may be favorable on behalf of my client, Mr. Mann, for a New Trial and Direct Order of Acquittal. I had an opportunity to review the case law provided by Mr. Quinlan and I believe that I have a good faith basis to join in his application.

Based on the above, it is hereby requested that the deadline for filing motion for new trial for direct acquittal be extended to January 14, 2010. It is further requested that the sentencing set on December 14, 2009, be vacated and continued to March 15, 2010, or such other date as the court may deem appropriate.

Dated: December 9, 2009                             Respectfully submitted,

                                                    /s/David A. Torres
                                                    DAVID A. TORRES, Attorney for
                                                    Defendant, HARJEET MANN

**ORDER**

Based on the above, and good cause appearing therefor, it is hereby ordered that the deadline for filing motions for New Trial and for an Acquittal by Defendant Harjeet Mann is extended to January 14, 2010.  The sentencing of Defendant Harjeet Mann is extended to March 15, 2010.

IT IS SO ORDERED

Date:  **December 10, 2009**            **/s/ OLIVER W. WANGER**
                                         OLIVER W. WANGER
                                         Senior United States District Judge