1

**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059

2

1318 K Street
Bakersfield, CA 93301

3

Ph.: (661)326-0857
Fax.: (661) 326-0936

4

e-mail: lawtorres@aol.com

5

Attorney for Defendant
HARJEET MANN

6

7

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

UNITED STATES OF AMERICA,                    Case No.: 08-CR-00212 OWW

13

                              PLAINTIFF,

14

                                             **NOTICE OF MOTION TO BE**
                                             **RELIEVED AS ATTORNEY OF**

15

                                             **RECORD**

16

HARJEET MANN,

17

                              DEFENDANT.

18

        TO:    THE HONORABLE OLIVER W. WANGER; KAREN ESCOBAR, ASSISTANT

19

UNITED STATES ATTORNEY; AND ALL OTHER COUNSEL.

20

        PLEASE TAKE NOTICE that DAVID A. TORRES, attorney for defendant, HARJEET

21

MANN, respectfully asks the court to relieve Mr. Torres as counsel of record.  This request was

22

made orally to the court, and granted after sentencing on March 20, 2010.

23

24

Date: April 7, 2010                          Respectfully Submitted,

25

26

                                             _____
                                             /s/David A. Torres

27

                                             DAVID A. TORRES
                                             Attorney for Harjeet Mann

28

## ORDER

IT IS SO ORDERED that Mr. Torres be relieved as attorney of record and Mr. Mann is to be appointed appellate counsel from the Office of the Federal Defender. Defendant's appeal rights shall be protected.

IT IS SO ORDERED.

**Dated:    April 7, 2010**                         _____/s/ Oliver W. Wanger_____
UNITED STATES DISTRICT JUDGE