Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for Defendant-Appellant HARJEET MANN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Appellee, )<br>)<br>)<br>v. )<br>)<br>)<br>   HARJEET MANN, )<br>)<br>)<br>   Defendant-Appellant.    ) | 1:08-cr-00212  OWW<br><br>**MODIFIED** EX PARTE APPLICATION FOR AN ORDER TO DISCLOSE THE SEALED TRANSCRIPTS OF THE IN CAMERA HEARING HELD ON JUNE 19, 2009, FOR PURPOSES OF APPELLATE REVIEW, AND ORDER THEREON |

Defendant-appellant HARJEET MANN, by and through his appointed counsel CAROLYN D. PHILLIPS, **MODIFIES** his application for an order to unseal and disclose transcripts from the in camera hearings held on June 19, 2009, and on June 23, 2009 in District Court. Based on the representations of co-defendant Dhaliwal that the in camera hearings on June 23, 2009, are irrelevant to Harjeet Mann's appeal, Harjeet Mann withdraws his request for the June 23, 2009 transcripts. Harjeet Mann by way of this application seeks the disclosure of the sealed transcripts of the in camera hearing held on June 19, 2009.

There is good cause for this application:

**MODIFIED** *Ex Parte* Application For An Order To Disclose The Sealed Transcripts Of The In Camera Hearings Held On June 19, 2009, For Purposes of Appellate Review, And Order Thereon*; United States v. Mann; 1:08-cr-0212 OWW*

1

PDF created with pdfFactory trial version www.pdffactory.com

During the June 19, 2009 in camera hearing this court interviewed a confidential source for purposes of ruling on appellant Mann's request that the confidential source provide testimony at trial to establish the defense of entrapment. Appellant Mann requests that these sealed transcripts from June 19, 2009, (Docket #172), be unsealed to allow appellant to review the entire trial court transcript in preparation of his brief to the appellate court.

Disclosure of these sealed transcripts is necessary for Harjeet Mann's preparation of his arguments on appeal of the judgment and sentence in this case to the Ninth Circuit Court of Appeals.

Dated:     November 17, 2010            Respectfully submitted,

 /s/ Carolyn D. Phillips
CAROLYN PHILLIPS
Attorney for Appellant-Defendant
Harjeet Mann

### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the June 19, 2009 sealed transcript, shall be provided to counsel for Mr. Harjeet Mann, Carolyn D. Phillips for use in Excerpts of Record to be provided the Ninth Circuit Court of Appeals in connection with Mr. Mann's appeal of the judgment and sentence in this case, and to be referenced in the appellate briefs of the parties.

The June 19, 2009 in camera transcripts filed in this Court are to remain under seal.  Said transcripts may be used only by the government and appellant-defendant Harjeet Mann in his appeal of the judgment and sentence in this case.   Except no portions of the transcript about Mr. Dhaliwal's safety shall be publically disclosed and

---

*MODIFIED Ex Parte* Application For An Order To Disclose The Sealed Transcripts Of The In Camera Hearings Held On June 19, 2009, For Purposes of Appellate Review, And Order Thereon*; United States v. Mann; 1:08-cr-0212 OWW*

2

PDF created with pdfFactory trial version www.pdffactory.com

shall not be disclosed to Defendant Harjeet Mann.  Such information shall only be disclosed to the court of appeal under seal.

IT IS SO ORDERED.

Dated: November 24, 2010           /s/ OLIVER W. WANGER
                                   United States District Judge

*MODIFIED Ex Parte* Application For An Order To Disclose The Sealed Transcripts Of The In Camera Hearings Held On June 19, 2009, For Purposes of Appellate Review, And Order Thereon; *United States v. Mann; 1:08-cr-0212 OWW*

3

PDF created with pdfFactory trial version www.pdffactory.com