# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES,** | **CASE NO. 1:08-CR-0212 AWI-1** |
| **Plaintiff** | **ORDER DIRECTING ATTORNEY TO FILE A RESPONSE** |
| **v.** | |
| **HARJEET SINGH MANN,** | |
| **Defendant** | |

On July 21, 2021, Defendant Harjeet Singh Mann, appearing pro se, moved to modify his prison sentence through 18 U.S.C. § 3582(c). Doc. No. 532. On July 30, 2021, Johanna S. Schiavoni was appointed to represent Defendant on this motion. Doc. 534. Attorney Schivoni shall review Defendant's pro se submission and, within twenty-eight (28) days of service of this order, shall either file a supplemental motion or a notice of intent to stand on the original pro se motion submitted by Defendant. Upon receipt of either a supplemental motion or notice to stand on the original motion, the Court will conduct a further review to determine if a response from the United States is warranted and will issue any additional orders as may be appropriate at that time.

IT IS SO ORDERED.

Dated: __November 16, 2021__     _____

SENIOR DISTRICT JUDGE