1

2

3

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

4

5

6

7

8

9

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARJEET MANN,<br><br>Defendant. | No. 08-CR-0212-AWI<br><br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW MOTION FOR COMPASSIONATE RELEASE [DOCKET NO. 532]**<br><br><br>Judge: Anthony W. Ishii |

12

13

14

15

16

17

18

Pursuant to a request by the defendant, through his counsel Johanna Schiavoni, this Court grants the defendant's request to withdraw his pending motion for compassionate release, filed *pro se* on July 21, 2021.

It is hereby ORDERED that the motion, Document No. 532, is considered withdrawn and no further action will be taken on the motion.

19

20

21

IT IS SO ORDERED.

Dated:   January 19, 2022   _____

SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28

1